**UNITED STATES**
**NORTHERN DISTRICT**
**COURT OF NEW YORK**

3:26-cv-168 (AJB/TWD)

Steven Hanyon

VS

The State New York

Complaint

**Case.:**    CV

25-372; SCI-71230-25/001

**Index.:** CA2023001722


I tried filing a Order of Protection against State and Local Law Enforcement for practicing

Brutality because I got shot and my email was tampered with and I was falsely imprisoned for it.

During the time I was taken to jail I also had a hearing with the Department of Labor like I am not able

to receive any funds and stuck with a Public Defender because I have no money to hire a Attorney and

the Public Defender excuse is I supposedly have a disability and I can not represent myself. I would

like to have no probation for a Crime that I did not commit and suppose to be Protected in Civil Actions

and Protected because I am related to the foundation of our country.


_____                                    02-03-2026

Steven Hanyon


22 Weber Rd Port Crane, NY 13833


sjhanyon1990@hotmail.com   607-204-1096